THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRANDALE FITZPATRICK, Appellant. [45 NYS3d 828]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered March 21, 2012. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]). Defendant's contention that the evidence is legally insufficient to support the conviction is not preserved for our review inasmuch as he failed to move for a trial order of dismissal on that ground (see People v Gray, 86 NY2d 10, 19 [1995]). Viewing the evidence in light of the elements of the crime as charged to the jury (see People v Danielson, 9 NY3d 342, 349 [2007]), we reject defendant's further contention that the verdict is contrary to the weight of the evidence (see People v Bleakley, 69 NY2d 490, 495 [1987]). Finally, the sentence is neither unduly harsh nor severe. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA E. HENDERSON, Appellant. (Appeal No. 1.) [45 NYS3d 829]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), entered June 3, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA E. HENDERSON, Appellant. (Appeal No. 2.) [45 NYS3d 829]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered June 3, 2013. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.